UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEEP SINGH, )<br>)<br>          Petitioner, )<br>)<br>  v. )<br>)<br>)<br>JOHN ASHCROFT, et al., )<br>)<br>          Respondents. )<br>_____ ) | 1:10-CV-00189 SMS HC<br><br>ORDER GRANTING MOTION TO DISMISS<br>[Doc. #10]<br><br>ORDER DISMISSING PETITION FOR WRIT<br>OF HABEAS CORPUS |

    Petitioner, a former detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On May 24, 2010, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was removed from the United States on May 3, 2010. See Attachment 1 to Motion to Dismiss.

    Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is hereby DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    June 2, 2010**                          /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE